# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

LELA BOWMAN,                    :

    Plaintiff,              :

vs.                             :        CA 06-0041-BH-C

JO ANNE B. BARNHART,            :
Commissioner of Social Security,
                                :
    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October, 2006 is **ADOPTED** as the opinion of this Court.

**DONE** this 27th day of November, 2006.

                                                            s/ W. B. Hand
                                                 SENIOR DISTRICT JUDGE